**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
*jviola@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Defendants,
V.F. CORPORATION, NAUTICA RETAIL USA, INC. and
V.F. SPORTSWEAR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA MATEO, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      vs.<br><br>V.F. CORPORATION, a Pennsylvania Corporation doing business in California as PENNSYLVANIA V.F. CORPORATION, et al.,<br><br>      Defendants. | Case No. 3:08-CV-05313-CW<br><br>**ORDER EXTENDING EXPERT DISCLOSURE DATES**<br><br>[*Stipulation Filed Concurrently Herewith*] |

Pursuant to the Stipulation of the parties filed October 23, 2009,

IT IS HEREBY ORDERED that the Expert Disclosure date in this matter be extended from October 30, 2009 to November 20, 2009, the Rebuttal Expert Disclosure date be extended from November 20, 2009 to December 18, 2009, and the Expert Discovery Cut-Off be extended from December 18, 2009 to January 15, 2010.

Dated: 10/27/09

By: _____
         United States District Court Judge

PAS01\121595.1
ID\JLV - 102748/0002

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071