**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
*jviola@dykema.com*
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:   (213) 457-1800
Facsimile:    (213) 457-1850

Attorneys for Defendants,
V.F. CORPORATION, NAUTICA RETAIL USA, INC. and
V.F. SPORTSWEAR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA MATEO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>V.F. CORPORATION, a Pennsylvania Corporation doing business in California as PENNSYLVANIA V.F. CORPORATION, et al.,<br><br>Defendants. | Case No. 3:08-CV-05313-CW<br><br>**ORDER DISMISSING ACTION** |

Pursuant to the Stipulation of the parties, filed November 10, 2009,

IT IS HEREBY ORDERED the above action be and hereby is dismissed, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: __November 10,  2009

By: _____

UNITED STATES DISTRICT JUDGE

PAS01\122430.1
ID\JLV - 102748/0002